**Order entered September 16, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00982-CV

### JOHNNY AGUINAGA, ET AL., Appellants

### V.

### JAT PROJECTS HOLDINGS TEXAS, LLC, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10069**

## ORDER

Before the Court is appellees' September 15, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 18, 2021**.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE